I concur in those portions of the main opinion dealing with the delay in sentencing and the juror misconduct. However, with regard to that portion of the opinion which holds that a trial judge's statutory right to override a jury's recommendation is constitutional under Article I, § 11, of the Ala. Const. of 1901, I concur in the result. As the main opinion states: "This Court has indicated that the constitutional *Page 875 
right to trial by jury does not encompass assessing punishment in capital cases, Ex parte Jackson, 672 So.2d 810 (Ala. 1995) (Houston, J., concurring in the result); Ex parte Giles,632 So.2d 522 (Ala. 1993)." 809 So.2d at 873. Today's opinion is consistent with those precedents and, therefore, any discussion ofSmith v. Schulte, 671 So.2d 1334 (Ala. 1995) andHenderson v. Alabama Power Co., 627 So.2d 878 (Ala. 1993), is unnecessary.
Harwood, J., concurs.